The Honorable Robert J. Bryan
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GYPSY JOKERS MOTORCYCLE CLUB (SEATTLE CHAPTER), individually and on behalf of its membership; JOEY MEAGER and MARY ANN NILSON,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>KING COUNTY,<br><br>　　　　　　　　　　　　Defendant. | No. C04-5804 RJB<br><br>AMENDED STIPULATION AND PROTECTIVE ORDER |

## I.　STIPULATION

The parties stipulate to the entry of the following Amended Protective Order.

NORM MALENG,
KING COUNTY PROSECUTING ATTORNEY
Attorneys for Defendant King County

SNURE, REGEIMBAL & BURKE
Attorneys for Plaintiffs

s/_____
DAVID J. ELDRED, WSBA #26125

s/_____
THOMAS G. BURKE, WSBA #6577

AMENDED STIPULATION AND PROTECTIVE
ORDER (C04-5804-RJB) - 1

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819

## II. PROTECTIVE ORDER

This Order pertains to the "criminal investigation file" in King County Sheriff's Office case number 04-078142. "Criminal investigation file" as used in this order is not limited to a single, physical file, but rather encompasses all documents and information listed below:

- *TAC-30 File (123 pages)*
- *Incident Report (04-078142) (5 pages)*
- *Roger Juvet Officer Report (2 pages)*
- *Kathleen Decker Follow-up Report (10 pages)*
- *Charge Sheet re Gary Hamilton (2 pages)*
- *Charge Sheet re Felix Ramirez (2 pages)*
- *Statement of Larry Wolff (3 pages)*
- *Statement of Kelly Wolf (13 pages)*
- *Statement of Frank Virgo (6 pages)*
- *Statement of Pat Wolf (7 pages)*
- *Statement of April Ernst (6 pages)*
- *Statement of Laurie Holton (6 pages)*
- *Transcript of threatening message to Kelly Wolf (1 page)*
- *Statement of Gary Hamilton (17 pages)*
- *Kelly Wolf photo lineup (4 pages)*
- *Patrick Wolf photo lineup (1 page)*
- *Holland Supplemental Report (2 pages)*
- *Kellams Supplemental Report (1 page)*
- *Search Warrant execution officer reports (21 pages)*
- *Broggi Search Warrant execution report and evidence record (4 pages)*
- *Decker follow-up report and evidence records (6 pages)*
- *Decker follow-up report, photo line-up documents, SPD evidence release, evidence record (7 pages)*
- *Seattle Police Incident Report re Felix Ramirez, 6/9/04 (3 pages)*

Defendants agree to produce the above-referenced documents with the exception of home addresses, telephone numbers, social security numbers and driver license numbers in response to Plaintiffs' discovery request. With respect to documents and information produced pursuant to this order, the following rules apply.

All documents shall be clearly identified as part of the "criminal investigation file".

AMENDED STIPULATION AND PROTECTIVE
ORDER (C04-5804-RJB) - 2

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

The documents and information shall not be used by the parties except for purposes of this litigation.  The parties shall only disclose the documents to (1) the Court, (2) potential deposition and trial witnesses, (3) attorneys for the parties and their necessary staff, (4) the parties' retained experts and consultants, (5) court reporters and videotape operators employed in this action, (6) any mediator retained by the parties, and (7) the jury should the documents be admitted as an exhibit at trial.  This Order applies only to the parties to this action and not to the Court.

Prior to disclosure of the documents or information to any retained expert or consultant, the attorneys for the party employing the expert or consultant or expert shall inform the expert or consultant that the materials is subject to this Order, provide the expert or consultant with a copy of this Order, and obtain the expert or consultant's agreement that the expert or consultant will abide by this Order.

In the event any document or information is used in any court proceeding in this action, that fact alone will not relieve the parties of their obligations under this Order.

Nothing in this Order shall preclude Defendant from seeking additional protection as it deems necessary.  Further, by producing documents and information pursuant to this Order, Defendant does not waive the right to object to production of other files or information in this or any other action.

Upon conclusion of this litigation the attorneys for Plaintiff shall collect and return all of the documents (including copies and notes therefrom) to the attorneys for Defendant.

This Order survives and continues to be binding even after the conclusion of this action.

AMENDED STIPULATION AND PROTECTIVE
ORDER (C04-5804-RJB) - 3

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-8820  Fax (206) 296-8819

DATED this 5th day of August, 2005

_____
ROBERT J. BRYAN
United States District Judge

Presented by:
NORM MALENG,
KING COUNTY PROSECUTING ATTORNEY


s/_____
DAVID J. ELDRED, WSBA #26125
Senior Deputy Prosecuting Attorney
Attorney for Defendant


Approved as to form;
Notice of presentation waived
SNURE, REGEIMBAL & BURKE


s/_____
THOMAS G. BURKE, WSBA #6577
Attorney for Plaintiffs

AMENDED STIPULATION AND PROTECTIVE
ORDER (C04-5804-RJB) - 4

**Norm Maleng**, Prosecuting Attorney
CIVIL DIVISION
Tort Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-8820  Fax (206) 296-8819