UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GYPSY JOKERS MOTORCYCLE CLUB (SEATTLE CHAPTER), individually and on behalf of its membership; JOEY MEAGER and MARY ANN NILSON

Plaintiffs,

v.

KING COUNTY,

Defendants.

Case No. C04-5804RJB

ORDER OF DISMISSAL

This matter comes before the court on the Show Cause Order issued on October 3, 2005, pursuant to which the parties were permitted to show cause by October 10, 2005, if any they had, why the court should not decline to exercise supplemental jurisdiction over the plaintiffs' remaining state law claims. Dkt. 38.

On October 7, 2005, counsel for the parties filed a letter in which the parties stipulated to disposition of the case as provided in the Show Cause Order. Dkt. 39.

Therefore, it is hereby

**ORDERED** that this case is dismissed without prejudice.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 13th day of October, 2005.

Robert J. Bryan
United States District Judge

ORDER
Page - 1